**Order entered December 9, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00340-CV

## T. CHRISTIAN COOPER, Appellant

## V.

## SANDERS H. CAMPBELL/RICHARD T. MULLEN, INC.
## D/B/A THE MULLEN COMPANY, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-15127**

# ORDER

We **GRANT** appellee's December 7, 2015 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellee on December 3, 2015 filed as of the

date of this order.


/s/      ELIZABETH LANG-MIERS
JUSTICE